FILED

DEC 12 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 17-30205-SMY |
| vs. | ) Title 21, United States Code, |
| LOGAN A. HENSLEY, | ) Section 843(a)(3) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Attempting to Acquire or Obtain a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
January 8, 2015 – Maryville Pharmacy, Maryville**

On or about January 8, 2015, in Madison County, within the Southern District of Illinois,

**LOGAN A. HENSLEY,**

defendant, knowingly and intentionally attempted to obtain and acquire a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge. The Defendant attempted to illegally obtain Roxicodone, a Schedule II controlled substance, by tendering a forged prescription to a pharmacy at Maryville Pharmacy in Maryville, in violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

## COUNT 2

### Acquiring or Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
### January 8, 2015 - Walmart, Collinsville

On or about January 8, 2015, in Madison County, within the Southern District of Illinois,

**LOGAN A. HENSLEY,**

defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy. The Defendant illegally obtained Roxicodone, a Schedule II controlled substance, through the use of a forged prescription from a pharmacy at Walmart in Collinsville, in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 3

### Acquiring or Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
### January 11, 2015 – CVS in O'Fallon

On or about January 11, 2015, in Saint Clair County, within the Southern District of Illinois,

**LOGAN A. HENSLEY,**

defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy. The Defendant illegally obtained Phenergan with Codeine, a Schedule V controlled substance, through the use of a forged prescription from a pharmacy at CVS in O'Fallon, in violation of Title 21, United States Code, Sections 843(a)(3).

A TRUE BILL

████████████████████

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

MICHAEL J. QUINLEY
WILLIAM E. COONAN
Assistant United States Attorneys

Recommended Bond:   $10,000 secured