IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 17-CR-30205-SMY |
| | ) | |
| LOGAN A. HENSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The United States of America, through Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, by Assistant United States Attorney, William E. Coonan, and Defendant Logan A. Hensley, represented by David L. Brengle, have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

## COUNT 1

**Attempting to Acquire or Obtain a Controlled Substance by Misrepresentation,
Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
January 8, 2015 – Maryville Pharmacy, Maryville**

1.  On January 8, 2015, in Madison County, **LOGAN A. HENSLEY**, defendant, knowingly and intentionally attempted to obtain and acquire a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2.  The Defendant admits to attempting to illegally obtain Roxicodone, a Schedule II controlled substance, by tendering a forged prescription to a pharmacy at Maryville Pharmacy in Maryville, in violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

## COUNT 2

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,
Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
January 8, 2015 - Walmart, Collinsville**

3. On January 8, 2015, in Madison County, **LOGAN A. HENSLEY**, defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy.

4. The Defendant admits to illegally obtaining Roxicodone, a Schedule II controlled substance, through the use of a forged prescription from a pharmacy at Walmart in Collinsville, in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 3

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,
Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
January 11, 2015 – CVS in O'Fallon**

5. On January 11, 2015, in St. Clair County, **LOGAN A. HENSLEY**, defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy.

6. The Defendant admits to illegally obtaining Phenergan with Codeine, a Schedule V controlled substance, through the use of a forged prescription from a pharmacy at CVS in O'Fallon, in violation of Title 21, United States Code, Sections 843(a)(3).

7. The Defendant's actions as charged in the Indictment occurred within the Southern District of Illinois.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | STEVEN D. WEINHOEFT<br>United States Attorney |
| _____<br>LOGAN A. HENSLEY<br>Defendant | _____<br>WILLIAM E. COONAN<br>Assistant United States Attorney |
| _____<br>DAVID L. BRENGLE<br>Attorney for Defendant |  |
| Dated: __01/09__, ~~2019~~ 2020 | Dated: __1-9-2020__, ~~2019~~ |